# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS SALAZAR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, JOHN L. FLANNERY, JEFFREY R. IMMELT, JEFFREY S. BORNSTEIN, and KEITH S. SHERIN,<br><br>Defendants. | Case No. 3:18-cv-00106 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action, *Salazar v. General Electric Company et al.*, 3:18-cv-00106, brought before the United States District Court for the District of Connecticut, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Luis Salazar hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: January 24, 2018

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo (Bar No. ct28411)
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

Facsimile:  (212) 661-8665
Email: mltuccillo@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Plaintiff*